**From:** John Wilson ███████████████████
**Sent:** Tuesday, 18 February 2020 1:00 PM
**To:** 'doj.oip.foia@usdoj.gov'
**Subject:** Freedom of Information Act Appeal - FOIPA Request No.: 1450535-000

**Freedom of Information Act Appeal - FOIPA Request No.: 1450535-000**

Hi,

I am appealing the above FOIA response.

The response, and previous responses to me from the FBI/DOJ have made no mention of the existence of interviews with me dating to 2003 and 2004 despite agents working for the FBI interviewing me in NYC, as well as at other times and locations. One of the agents involved in the 2003 interview in NYC, Susan Ackerson Holmes, showed me her FBI identity card, a NYC resident whom I am aware worked for the FBI from at least the early 1990s. I don't remember the name of her title. Dr Steve Garber of the FBI also interviewed me in NYC, among other occasions in 2004. Nor do I know the name of his title

I have previously named these individuals to the FBI/DOJ and the circumstances of their engagement with me. The FBI's response to my complaint and claims has always involved their misstatement of these people's identity as "employees" or "Special Agents". As such, the FBI and DOJ have never responded to my complaint about these people, as they repeatedly misclassify them and on that erroneous basis deny responsibility for or association with them. I have challenged them repeatedly on this previously and they failed to respond in all cases.

Never has the FBI or DOJ acknowledged or addressed the fact these people worked for them under different titles or job descriptions. And never has acknowledgement of these interviews been made evident through my FOIA requests which now the subject of my appeal.

The FBI/DOJ has withheld this information as requested in my FOIA and not acknowledged its existence. Nor have they claimed any exemption for doing so. I request that details of these interviews or more broadly the encounters between me and the identified individuals above and as identified in my FOIA request be provided to me - including confirmation of dates, locations and purpose.

Thank you.

Sincerely,

John Wilson