```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Wilson,

                Plaintiff,

-against-

Federal Bureau of Investigation,

                Defendant.

1:20-cv-10324 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been assigned to me for general pretrial management. (Order, ECF No. 6.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Wednesday, February 3, 2021 at 2:00 p.m. to discuss the status of this case. At the scheduled time, each participant shall separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:     New York, New York
                January 26, 2021

*Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge