

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2021**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 27, 2021

BY ECF
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10601

ENDORSEMENT: Request GRANTED. Defendant shall respond to Plaintiff's Complaint by March 15, 2021, and the conference scheduled for February 3, 2021 is hereby adjourned to Wednesday, March 24, 2021, at 2:00 p.m. SO ORDERED.

Dated: January 27, 2021

Re: *Wilson v. FBI*, 20 Civ. 10324 (LAK) (AEK)

Dear Judge Aaron:

    This Office represents the United States ("the Government") in the above-referenced action filed under the Freedom of Information Act, ("FOIA"), 5 U.S.C. § 552. In this action, Plaintiff seeks release of documents from the Federal Bureau of Investigations. I write respectfully to request a 45-day extension of time, from January 29, 2021, to March 15, 2021, to respond to plaintiffs' complaint, and an adjournment of the conference that is scheduled for February 3, 2021, to a date after the answer deadline. The Government seeks this extension and adjournment because it needs additional time to confer with agency counsel and obtain information necessary to respond to the complaint. This is the Government's first request for an extension and plaintiff's counsel consents.

    I thank the Court for its consideration of this request.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                                 United States Attorney

                     By:  __/s/_____
                             Kirti Vaidya Reddy
                             tel. (212) 637-2751

cc:  counsel of record (via ECF)