**BELDOCK LEVINE & HOFFMAN**
99 PARK AVENUE, PH/26TH
NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2021

March 17, 2021

REF: **8441.01**

WRITER'S DIRECT DIAL:
drankin@blhny.com

Request GRANTED. The conference presently scheduled for March 24, 2021 is hereby adjourned to Wednesday, March 31, 2021 at 2:00 p.m. SO ORDERED.
Dated: March 18, 2021

**BY E-FILE**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *John Wilson v. Federal Bureau of Information*
    <u>20-cv-10324(LAK)(SDA)</u>

Dear Honorable Judge Aaron:

  Plaintiff's counsel in the above captioned case respectfully requests that the pre-trial conference in this case, currently scheduled for March 24, 2021 at 2:00 pm, be adjourned until a time of the Court's convenience. The undersigned is on parental leave and required an unexpected surgery to my right hand yesterday. Defendant's counsel consents to this request. This is the first application for an adjournment.

  We thank you for your attention to this matter.

            Respectfully submitted,

            David B. Rankin