UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



John Wilson,

                      Plaintiff,

-against-

Federal Bureau of Investigation,

                      Defendant.

1:20-cv-10324 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, the Court Orders as follows: On April 30, 2021, the parties shall file a joint letter regarding the status of this action.

**SO ORDERED.**

Dated:   New York, New York
           March 31, 2021

_____
STEWART D. AARON
United States Magistrate Judge