## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

October 11, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021
```

REF: **8441.01**

WRITER'S DIRECT DIAL:
qadams@blhny.com

**BY E-FILE**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Requests GRANTED. SO ORDERED.
Dated: October 12, 2021

/s/ Stewart D. Aaron

Re:   *John Wilson v. Federal Bureau of Information*
      **20-cv-10324(LAK)(SDA)**

Dear Honorable Judge Aaron:

Plaintiff's counsel in the above captioned case respectfully requests an extension of time to file Plaintiff's opposition to Defendant's motion for summary judgment. Defendant consents to this request. This is Plaintiff's first request for an extension of this deadline.

Plaintiff respectfully requests that the deadline for it to file its opposition to Defendant's summary judgment motion be extended from October 14, 2021, to November 15, 2021. Additionally, if the Court grants this extension, then Defendant requests that the remaining briefing schedule be similarly extended. Specifically, that Defendant's reply be due by December 6, 2021 (currently October 28, 2021).

I thank the Court for its attention to this matter.

BELDOCK LEVINE & HOFFMAN LLP

October 11, 2021
Page 2

                Respectfully submitted,

                _____
                Katherine "Q" Adams

                99 Park Avenue, PH/26th Floor
                New York, New York 10016
                (212) 490-0400
                qadams@blhny.com

                *Attorneys for the Plaintiffs*