USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2021

**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
**8441.01**

WRITER'S DIRECT DIAL:
qadams@blhny.com

November 16, 2021

**BY E-FILE**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

ENDORSEMENT: Motion GRANTED. The Clerk of Court is requested to cancel the gavel at ECF No. 27. SO ORDERED.
Dated: November 17, 2021

*[signed] Stewart D. Aaron*

Re:     *John Wilson v. Federal Bureau of Information*
         **20-cv-10324(LAK)(SDA)**

Dear Honorable Judge Aaron:

Plaintiff's counsel in the above captioned case respectfully requests that the Court strike Docket Entry 27, Plaintiff's Cross Motion for Summary Judgment, dated November 15, 2021. This document was filed in error, and the correct document filed as Docket Entry 28, Plaintiff's Amended Motion for Summary Judgment, dated November 15, 2021. Plaintiff's counsel asked Defendant's counsel if they consented to this request and did not receive a response.

Respectfully submitted,

*[signed]*
Katherine "Q" Adams

99 Park Avenue, PH/26th Floor
New York, New York 10016
(212) 227-5824
qadams@blhny.com

*Attorney for the Plaintiffs*