UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WILSON,

      Plaintiff,

  – versus –

FEDERAL BUREAU OF
INVESTIGATION,

      Defendant.

No. 20 Civ. 10324 (LAK) (SDA)

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the declaration of Michael Seidel, Defendant by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, hereby moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Dated: September 13, 2021
      New York, NY

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          United States Attorney for the
                                          Southern District of New York

By:    /s/ Alexander J. Hogan
        ALEXANDER J. HOGAN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel:    (212) 637-2799
        Fax:   (212) 637-2686
        Email: alexander.hogan@usdoj.gov