UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WILSON,

                Plaintiff,

- against -                      20 Civ. 10324 (LAK) (SDA)

FEDERAL BUREAU OF INVESTIGATION,

                Defendant.

**PLEASE TAKE NOTICE** that upon the declaration of Katherine "Q" Adams of Beldock Levine & Hoffman, LLP, sworn to on November 15, 2021 and the accompanying Memorandum of Law, the undersigned will request this Court located at 500 Pearl Street, New York, NY 10007 at a time of the Court's convenience for an:

1. Order denying Defendant's Fed. R. Civ. P. 56 (a) motion for summary judgment and granting Plaintiff's cross-motion for summary judgment;

2. Order granting *in camera* review of seven pages of improperly withheld documents;

3. Order requiring Defendant to conduct additional searches for records responsive to Plaintiff's FOIA request;

4. Order granting Plaintiff's attorneys' fees and costs; and

5. Other such relief as the Court finds just and proper.

        [THE REST OF THIS PAGE LEFT INTENTIONALLY BLANK]

Dated: November 15, 2021
New York, New York

        Respectfully submitted,

        BELDOCK LEVINE & HOFFMAN, LLP
        99 Park Avenue, PH/26th Floor
        New York, New York 10016
        *Attorneys for Plaintiff*

By: _____
        Katherine "Q" Adams
        t: 212-277-5824
        e: qadams@blhny.com