# EXHIBIT F

Date 6 November 2014

Director, Office of Information Policy (OIP),
U.S. Department of Justice,
1425 New York Ave., NW,
Suite 11050,
Washington, D.C. 20530-0001

## Re: Freedom of Information Act Request Appeal

**FOIPA Request No.: 1250235-001**
**Subject: WILSON, JOHN**

Dear Sir or Madam:

This letter constitutes an appeal request relating to FOIPA Request No.: 1250235-001
I request disclosure of all agency records concerning, naming, or relating to me.

I specifically request that the FBI/DOJ perform a complete and thorough search of all filing systems and locations for all records maintained by the Bureau/DOJ pertaining to me. Such a search should include, but not be limited to, files and documents captioned in (or whose captions include) my name in the title. The FBI/DOJ should search the Central Records System, Electronic Surveillance Records (ELSUR), and Electronic Case File (ECF). Further, I specifically request that the Bureau conduct a text search of the ECF to identify all potentially responsive main and cross-reference files. The FBI's/DOJ search should include "main" files and "see references."

In the event that you determine that some responsive material might be exempt from disclosure under FOIA, please indicate the specific exemption or exemptions upon which the agency relies. I agree to incur legally assessable processing fees not to exceed $100.

To assist the Bureau/DOJ in conducting a comprehensive search, I provide some relevant background information. My full name is JOHN             WILSON. I was born in           , NSW Australia on            . My social security number is            . My US passport number is:            .

I was a mining company equity analyst on Wall Street from 1994 to 1998. I am a citizen of the United States, and lived in the United States for many years, principally in New York and Philadelphia, where I received an MBA degree from Wharton. Currently I reside in Australia.

In 1996, in the course of performing my duties as a mining industry analyst for SG Warburg (which subsequently became part of SBC Warburg, thence UBS Warburg), the company published one of my reports containing information pertaining to an extended shutdown of

the NYSE publicly traded U.S. mining company Freeport McMoran owned Grasberg mine in Indonesia. According to press reports at the time and other sources, the company was under investigation by the U.S. Department of State following eyewitness allegations it had been involved in the killing of indigenous protestors. A source indicated to me that there had been a confidential reprimand of the company by the U.S. Department of State following completion of an interim investigation into human rights and environmental abuses.

For the many years following the 1996 publication of information regarding the Freeport McMoran killings, I have had contact with multiple individuals who indicated that they were associated with the FBI and some who made reference to the Freeport McMoran matter. As a result, I believe it is likely that the Bureau maintains information about me stemming from the 1996 report, related and potentially other matters. I have been approached by undercover agents/employees/others that work for or on behalf of the FBI and which include multiple meetings with each during various periods between 1996 and 2010. In particular:

- Michael Mills: the FBI agent who moved into my apartment in NYC and occupied it for several years when I sublet it before my return to Australia.

- Kathleen Walton: former mining analyst at Merrill Lynch in NYC.

- Matthew Levey - Kroll Associates, Inc (New York City midtown office): consulting work case manager 2003 and 2004. Former State Department employee.

- Jeffrey S Robards: corporate finance, formerly Ernst & Young (E&Y) NYC. Now working for C.W. Downer & Co - a boutique M&A firm in Boston. (http://www.cwdowner.com/index.php?option=com_content&view=article&id=42&Itemid=23)

- Stephan Chenault and John Klotz: volunteers Sierra Club NYC Group since 1990s.

- Ben Worden, Rob Haggerty and Allison Dey (Tucson area): FBI agents involved with Diamond Mountain Buddhist group in southern Arizona and California.

- George Schneider and Livingston Sutro (Sierra Vista, AZ); Jennifer Conner (NYC): Associated with Diamond Mountain Buddhist group in southern Arizona.

- Paul Whitby (Tucson): biologist.

- Robert Schultz - Albuquerque based head hunter. MRC Mining Search. http://www.miningsearch.com/mining-search/our-team/

- Steven D. Garber - (wife Andrea - collaborator) additional details: biologist; lived in Manhattan for much of the 1990s, before taking a two year posting to teach biology at Embry Riddle in Prescott, AZ. Books authored include The Urban Naturalist (New York.

John Wiley and Sons. 1987). PhD in Ecology, Environmental Sciences - Rutgers, The State University of New Jersey-Newark. B.S. in Natural Resources - Cornell University.

- Susan Ackerson Holmes (born 1962) - extensive interview in New York in 2003, former board member of the Sierra Club and subsequently an employee of the Sierra Club. Susan Holmes showed me her FBI identification card and identified herself as working for the FBI.

Please feel free to contact me at the e-mail address or telephone number indicated below if you wish to discuss this request.

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.

Sincerely,


John Wilson

█████████████
███████████████
██████

E: ██████████████████████████
T: ███████████████