# EXHIBIT H

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2019-10-23T23:50:56.186728+00:00 Status: pending Message:

## Individual Information

| | |
|---:|:---|
| Prefix | Mr. |
| First Name | john |
| Middle Name | ▮▮▮▮ |
| Last Name | wilson |
| Suffix | |
| Email | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Phone | |
| Location | Outside United States |

## Non-Domestic Address

| | |
|---:|:---|
| Address Line 1 | ▮▮▮▮▮▮ |
| Address Line 2 | |
| City | ▮▮▮ |
| State | ▮▮ |
| Postal | ▮▮ |
| Country | Australia |

## Agreement to Pay

| | |
|---|---|
| How you will pay | I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below |
| Allow up to $ | 10 |

## Privacy Act

| | |
|---|---|
| US Citizen | True |
| Prefix | Mr. |
| First Name | john |
| Middle Name | ▓▓▓▓▓ |
| Last Name | wilson |
| Suffix | |
| Date of Birth | ▓▓▓▓ |
| Place of Birth | ▓▓▓▓▓▓▓ FRCP 5.2 |
| Additional Information | SS: ▓▓▓▓ |

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----