# EXHIBIT K-2

# EXHIBIT 1

[REDACTED]
Australia

June 14, 2013

Federal Bureau of Investigation
Records/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

FREEDOM OF INFORMATION ACT / PRIVACY ACT REQUEST

Dear Sir or Madam:

This is a request for records under the provisions of the Freedom of Information Act and the Privacy Act. Please process this request under both statutes to release the maximum number of records.

I request copies of all files, correspondence, or other records concerning myself. To assist you with this search I am providing the following information about myself:

My full name: John [REDACTED] Wilson

Other names used: _____

My date of birth: [REDACTED]

My place of birth: [REDACTED], NSW Australia

My Social Security number: [REDACTED]

Please search both your automated indices and the older general (manual) indices, as well as all Field Offices.

This is an individual request for research and study purposes, and I agree that I will pay up to $30 for fees, if necessary. Please notify me in advance if fees are expected to exceed that amount. If the file is likely to result in more than 250 pages, I would appreciate receiving a digital copy of the file on a CD-ROM rather than in paper form.

If you have any questions, please call me at +[REDACTED].

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.

Sincerely,

[signature]

John [REDACTED] Wilson

*Former US address*

[REDACTED]

# EXHIBIT 2

Date 26 March 2014

Federal Bureau of Investigation
Att'n: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

VIA EMAIL: foiparequest@ic.fbi.gov

**<u>Re: Freedom of Information Act Request</u>**

Dear Sir or Madam:

This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

I request disclosure of all agency records concerning, naming, or relating to me. I specifically request that the FBI perform a complete and thorough search of all filing systems and locations for all records maintained by the Bureau pertaining to me. Such a search should include, but not be limited to, files and documents captioned in (or whose captions include) my name in the title. The FBI should search the Central Records System, Electronic Surveillance Records (ELSUR), and Electronic Case File (ECF). Further, I specifically request that the Bureau conduct a text search of the ECF to identify all potentially responsive main and cross-reference files. The FBI's search should include "main" files and "see references."

In the event that you determine that some responsive material might be exempt from disclosure under FOIA, please indicate the specific exemption or exemptions upon which the agency relies. I agree to incur legally assessable processing fees not to exceed $100.

To assist the Bureau in conducting a comprehensive search, I provide some relevant background information. My full name is JOHN ▇▇▇▇▇▇▇ WILSON. I was born in ▇▇▇▇▇ NSW Australia on ▇▇▇▇▇▇▇. My social security number is ▇▇▇▇▇▇▇. My US passport number is: ▇▇▇▇▇▇.

I was a mining company equity analyst on Wall Street from 1994 to 1998. I am a citizen of the United States, and lived in the United States for many years, principally in New York and Philadelphia, where I received an MBA degree from Wharton. Currently I reside in Australia.

In 1996, in the course of performing my duties as a mining industry analyst for SG Warburg (which subsequently became part of SBC Warburg, thence UBS Warburg), the company published one of my reports containing information pertaining to an extended shutdown of

the NYSE publicly traded U.S. mining company Freeport McMoran owned Grasberg mine in Indonesia. According to press reports at the time and other sources, the company was under investigation by the U.S. Department of State following eyewitness allegations it had been involved in the killing of indigenous protestors. A source indicated to me that there had been a confidential reprimand of the company by the U.S. Department of State following completion of an interim investigation into human rights and environmental abuses.

For the many years following the 1996 publication of information regarding the Freeport McMoran killings, I have had contact with multiple individuals who indicated that they were associated with the FBI and some who made reference to the Freeport McMoran matter.  As a result, I believe it is likely that the Bureau maintains information about me stemming from the 1996 report, related and potentially other matters. I have been approached by undercover agents/employees/others that work for or on behalf of the FBI and which include multiple meetings with each during various periods between 1996 and 2010.  In particular:

-  Michael Mills: the FBI agent who moved into my apartment in NYC and occupied it for several years when I sublet it before my return to Australia.

-  Kathleen Walton: former mining analyst at Merrill Lynch in NYC.

 -  Matthew Levey - Kroll Associates, Inc (New York City midtown office): consulting work case manager 2003 and 2004. Former State Department employee.

-  Jeffrey S Robards: corporate finance, formerly Ernst & Young (E&Y) NYC. Now working for C.W. Downer & Co - a boutique M&A firm in Boston. (http://www.cwdowner.com/index.php?option=com_content&view=article&id=42&Itemid=23)

-  Stephan Chenault and John Klotz: volunteers Sierra Club NYC Group since 1990s.

-  Ben Worden, Rob Haggerty and Allison Dey (Tucson area): FBI agents involved with Diamond Mountain Buddhist group in southern Arizona and California.

-  George Schneider and Livingston Sutro (Sierra Vista, AZ); Jennifer Conner (NYC): Associated with Diamond Mountain Buddhist group in southern Arizona.

-  Paul Whitby (Tucson): biologist.

-  Robert Schultz - Albuquerque based head hunter. MRC Mining Search. http://www.miningsearch.com/mining-search/our-team/

-  Steven D. Garber - (wife Andrea - collaborator) additional details: biologist; lived in Manhattan for much of the 1990s, before taking a two year posting to teach biology at Embry Riddle in Prescott, AZ. Books authored include The Urban Naturalist (New York.

John Wiley and Sons. 1987). PhD in Ecology, Environmental Sciences - Rutgers, The State University of New Jersey-Newark. B.S. in Natural Resources - Cornell University.

- Susan Ackerson Holmes (born 1962) - extensive interview in New York in 2003, former board member of the Sierra Club and subsequently an employee of the Sierra Club. Susan Holmes showed me her FBI identification card and identified herself as working for the FBI.

As the FOIA requires, I will anticipate your response to this request within twenty working days. Please feel free to contact me at the e-mail address or telephone number indicated below if you wish to discuss this request. Alternatively, my FOI attorney David Sobel can be contacted at Electronic Frontier Foundation, phone number in Washington D.C. (202-246-6180).

Sincerely,

John Wilson

E:
T:

# EXHIBIT 3

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2019-10-23T23:50:56.186728+00:00 Status: pending Message:



| | |
|---|---|
| **How you will pay** | I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below |
| **Allow up to $** | 10 |

## Privacy Act

| | |
|---|---|
| **US Citizen** | True |
| **Prefix** | Mr. |
| **First Name** | john |
| **Middle Name** | [redacted] |
| **Last Name** | wilson |
| **Suffix** | |
| **Date of Birth** | [redacted] |
| **Place of Birth** | [redacted]     FRCP 5.2 |
| **Additional Information** | SS: [redacted] |

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

----END MESSAGE----

# EXHIBIT 4



U.S. Department of Justice

Federal Bureau of Investigation
Washington, D.C. 20535

January 29, 2014

MR. JOHN ▮▮▮ WILSON
▮▮▮
AUSTRALIA

FOIPA Request No.: 1250235-000
Subject: WILSON, JOHN ▮▮▮

Dear Mr. Wilson:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIPA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E)/ Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet and Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)



# FBI FACT SHEET

- **The primary functions of the FBI are national security and law enforcement.**

- **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920s.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, counter-intelligence, cyber crime, public corruption, civil rights, organized crime, white collar crime, major thefts, violent crime, and applicants.

- **The FBI does not issue clearances or non-clearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should contact that entity. Most government agencies have websites which are accessible on the internet which have their contact information.

- **A criminal history summary check or "rap sheet" is NOT the same as an "FBI file."** It is a listing of information taken from fingerprint cards and related documents submitted to the FBI in connection with arrests, federal employment, naturalization or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, Criminal Justice Information Services (CJIS) Division, Record Request, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Along with a specific written request, the individual must submit a new full set of his/her fingerprints in order to locate the record, establish positive identification, and ensure that an individual's records are not disseminated to an unauthorized person. The fingerprint submission must include the subject's name, date and place of birth. There is a required fee of $18 for this service, which must be submitted by money order or certified check made payable to the Treasury of the United States. A credit card payment option is also available. Forms for this option and additional directions may be obtained by accessing the FBI Web site at www.fbi.gov/about-us/cjis/background-checks/background_checks.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index (UNI) to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to a requesting federal, state or local agency. Names are searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file, while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine if it is applicable to the individual in question.

- **The Record/Information Dissemination Section (RIDS)** searches for records and provides copies of FBI files responsive to Freedom of Information or Privacy Act (FOIPA) requests for information. RIDS provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject's name, event, activity, or business is searched to determine whether there is an associated investigative file. This is called a "main file search" and differs from the **NNCP** search.

FOR GENERAL INFORMATION ABOUT THE FBI, VISIT OUR WEBSITE AT
www.fbi.gov

## EXPLANATION OF EXEMPTIONS

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)  (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)  related solely to the internal personnel rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)  trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)  inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)  personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)  records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)  contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)  geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)  information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)  material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)  information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)  investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)  material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)  required by statute to be maintained and used solely as statistical records;

(k)(5)  investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)  testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service he release of which would compromise the testing or examination process;

(k)(7)  material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ