

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 31, 2022

ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-4-22

BY ECF

The Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Wilson v. FBI*
               No. 20-cv-10324 (LAK) (SDA)

Dear Judge Kaplan:

    This Office represents Defendant in the above-captioned action which Plaintiff brings pursuant to the Freedom of Information Act. On February 16, 2022, the Honorable Stewart D. Aaron issued a report and recommendation with respect to the parties' cross-motions for summary judgment. *See* Dkt. No. 44 ("Report and Recommendation"). Therein, he granted in part and denied in part both parties' motions. Any objections to the Report and Recommendation are currently due April 1, 2022.

    The parties write to jointly inform the Court that they do not intend to file objections to the Report and Recommendation. In the Report and Recommendation, the Court ordered Defendant to conduct an additional search of one of its databases. Defendant has conducted this search and found no responsive records. The parties respectfully request that they be permitted to file a status update with the Court in two weeks to propose what next steps, if any, remain in this litigation.

    Accordingly, the parties respectfully request that they provide a status update to the Court on April 15, 2022.

*[Handwritten:]* The Court hereby adopts the Report and Recommendation as the disposition of DI 35 and 38. The Clerk shall terminate these motions. Parties shall file status update on or before 4/15/22.

SO ORDERED

*[Signature]*
LEWIS A. KAPLAN, USDJ  4/4/22

Case 1:20-cv-10324-LAK-SDA   Document 49   Filed 04/04/22   Page 2 of 2
Case 1:20-cv-10324-LAK-SDA   Document 48   Filed 03/31/22   Page 2 of 2

Page 2 of 2

           Respectfully,

           DAMIAN WILLIAMS
           United States Attorney for the
           Southern District of New York

By:   */s/ Alexander J. Hogan*
     ALEXANDER J. HOGAN
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, New York 10007
     Tel.: (212) 637-2799
     E-mail: alexander.hogan@usdoj.gov