UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
JOHN WILSON,

                Plaintiff,

-against-

FEDERAL BUREAU OF INVESTIGATION,

                Defendant.
-------------------------------------------------------------------- X

**NOTICE OF MOTION**

No. 20-CV-10324 (LAK) (SDA)

PLEASE TAKE NOTICE that upon the annexed Declaration of David B. Rankin, dated July 1, 2022, the annexed Declaration of Katherine "Q" Adams, dated July 1, 2022, the exhibits annexed thereto, and the accompanying Memorandum of Law, Plaintiff John Wilson, by his undersigned attorneys, moves for an Order awarding attorneys' fees and costs pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§552 et seq.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated May 19, 2022 (Dkt. No. 53), any opposition papers must be filed on or before August 12, 2022, and any reply papers must be filed on or before August 26, 2022.

Dated: New York, New York
       July 1, 2022

                                  Respectfully submitted,
                                  BELDOCK LEVINE & HOFFMAN LLP

                                  By: _____
                                  David B. Rankin
                                  Katherine "Q" Adams
                                  BELDOCK LEVINE & HOFFMAN LLP
                                  99 Park Avenue PH/26th Fl.
                                  New York, NY 10016-1601
                                  t: 212-277-5825
                                  e: DRankin@blhny.com
                                  *Attorneys for Plaintiff John Wilson*