# EXHIBIT 1

BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE
NEW YORK NY 10016-1502
212-490-0400

JOHN WILSON

Page: 1
April 08, 2022
CLIENT  844100-00001
Statement No:        2

FOIA PROJECT

STATEMENT

FEES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/05/2020 | DR | INTAKE OF WILSON. | 1.00 | 575.00 |
| 07/01/2020 | DR | ZOOM CALL W/ Q RE: NEXT STEPS | 0.10 | 57.50 |
|  | Q | ZOOM CALL W/ DR RE NEXT STEPS | 0.10 | 32.50 |
|  | Q | REVIEWING CLIENT FILE. | 1.00 | 325.00 |
|  | Q | RESEARCH ON FOIA EXEMPTIONS. | 2.50 | 812.50 |
| 07/02/2020 | Q | CALL W DR RE EXEMPTIONS AND CASE PLAN. | 0.40 | 130.00 |
|  | DR | CALL W/ Q RE PLAN. | 0.40 | 230.00 |
| 07/03/2020 | Q | RESEARCHING FBI FOIA COMPLAINT SUITS. | 2.00 | 650.00 |
|  | Q | REVIEWING CLIENT DOCUMENTS. | 1.10 | 357.50 |
| 07/06/2020 | Q | ECS W/ DR AND BARRY FISHER RE CASE HISTORY. | 0.20 | 65.00 |
| 07/08/2020 | DR | MEETING W/ FISHER ATTORNEY/MEETING W/ Q. | 0.50 | 287.50 |
|  | Q | CALL W ATTY FISHER AND DR | 0.50 | 162.50 |
| 07/09/2020 | Q | READING AND ANALYZING CLIENT DOCUMENTS. | 2.50 | 812.50 |
|  | Q | ECS W CLIENT RE CASE BACKGROUND. | 0.30 | 97.50 |
|  | Q | ASSEMBLING CLIENT FILE. | 0.20 | 65.00 |
| 07/13/2020 | Q | READING AND ANALYZING CLIENT BACKGROUND DOCUMENTS. | 3.00 | 975.00 |
| 07/21/2020 | Q | RESEARCHING EVIDENCE STANDARDS FOR FOIA CLAIM. | 3.40 | 1,105.00 |
| 07/22/2020 | Q | RESEARCHING AND ASSEMBLING PRECEDENT FOR SUIT. | 4.10 | 1,332.50 |
| 07/24/2020 | Q | REVIEWING CLIENT DOCUMENTATION. | 2.20 | 715.00 |
| 08/03/2020 | Q | ECS W CLIENT RE CASE STATUS. | 0.20 | 65.00 |
|  | Q | REVIEWING DOCUMENTS FROM CLIENT. | 2.50 | 812.50 |
| 08/24/2020 | Q | [WILSON] REVIEWING CLIENT PROVIDED BACKGROUND DOCUMENTS. | 0.70 | 227.50 |
| 08/25/2020 | Q | [WILSON] DRAFTING FOIA COMPLAINT. | 1.30 | 422.50 |

JOHN WILSON

FOIA PROJECT

| Date | | Description | HOURS | Amount |
|---|---|---|---|---|
| | Q | [WILSON] RESEARCHING FOR FOIA COMPLAINT. | 1.20 | 390.00 |
| | Q | [WILSON] REVIEWING CLIENT PROVIDED BACKGROUND DOCUMENTS. | 1.40 | 455.00 |
| 08/26/2020 | Q | [WILSON] REVIEWING CLIENT PROVIDED BACKGROUND DOCUMENTS. | 2.60 | 845.00 |
| | Q | [WILSON] DRAFTING FOIA COMPLAINT. | 2.80 | 910.00 |
| 08/28/2020 | Q | DRAFTING FOIA COMPLAINT. | 3.10 | 1,007.50 |
| | Q | EC TO DR RE COMPLAINT. | 0.10 | 32.50 |
| | Q | RESEARCHING FOIA WITNESSES. | 2.40 | 780.00 |
| | Q | EC TO CLIENT RE FOIA UPDATE. | 0.10 | 32.50 |
| | DR | EC W/ Q RE COMPLAINT. | 0.10 | 57.50 |
| 08/31/2020 | Q | EDITING FOIA MOTION. | 1.10 | 357.50 |
| | Q | ECS TO CLIENT ON QUESTIONS FOR FOIA. | 0.20 | 65.00 |
| 09/01/2020 | DR | EMAILS W/ Q. | 0.25 | 143.75 |
| | DR | REVIEW OF COMPLAINT. | 0.25 | 143.75 |
| | DR | EMAIL TO CLIENT RE PRIVATE INVESTIGATOR (PI). | 0.20 | 115.00 |
| | Q | (WILSON) ECS RE CLIENT FOIA HISTORY. | 0.60 | 195.00 |
| 09/02/2020 | DR | MEETING W/ Q RE PI AND NECESSARY INFORMATION. | 0.10 | 57.50 |
| | Q | MEETING W/ DR RE NEEDING A PI. | 0.10 | 32.50 |
| 09/08/2020 | DR | EM RE RESEARCH ON PI. | 0.10 | 57.50 |
| 10/07/2020 | Q | ECS W CLIENT AND DR RE INVESTIGATOR,. | 0.30 | 97.50 |
| 10/08/2020 | DR | EM TO Q RE DIRECTION W/ INVESTIGATOR AND CLIENT. | 0.20 | 115.00 |
| | DR | EM TO CLIENT. | 0.10 | 57.50 |
| | Q | EC TO CLIENT RE COMPLAINT AND CONFIDENTIALITY. | 0.20 | 65.00 |
| | Q | EC TO DR RE INVESTIGATOR. | 0.20 | 65.00 |
| 10/09/2020 | Q | EC W DR AND CLIENT RE PUBLICITY. | 0.10 | 32.50 |
| 10/12/2020 | DR | RESPONSE EMAIL RE COMMENTS ON COMPLAINT. | 0.20 | 115.00 |
| | Q | ECS RE CLIENT COMMENTS ON DRAFT COMPLAINT. | 0.30 | 97.50 |
| 10/14/2020 | Q | CALL W PI JAMES DOWD. | 0.40 | 130.00 |
| | Q | EC TO DR RE PI DOWD. | 0.20 | 65.00 |
| | Q | REVIEWING PI CONTRACT. | 0.30 | 97.50 |
| 10/16/2020 | Q | DRAFTING CLIENT NEW MATTER MEMO. | 0.70 | 227.50 |
| 10/19/2020 | Q | ECS W CLIENT AND DR RE PI CONTRACT. | 0.20 | 65.00 |

Case 1:20-cv-10324-LAK-SDA   Document 62-1   Filed 07/13/22   Page 4 of 11

```
                                                                          Page: 3
    JOHN WILSON                                                    April 08, 2022
                                                              CLIENT  844100-00001
                                                            Statement No:       2
    FOIA PROJECT
```

```
                                                                    HOURS
              Q    ECS W PI DOWD RE CONTRACT AMOUNTS.                0.50      162.50
10/20/2020    Q    ARRANGING PAYMENT TO PI DOWD.                     0.30       97.50
              Q    ECS W PI DOWD RE CONTRACT.                        0.20       65.00
              Q    ECS W CLIENT AND DR RE FOIPA REQUEST.              0.10       32.50
10/26/2020    Q    ECS RE CLIENT CALL AND FILING.                    0.20       65.00
10/29/2020    Q    ECS W DR RE PI DOWD.                              0.20       65.00
11/04/2020    Q    FOLLOW-UP CALL TO PI DOWD.                        0.10       32.50
11/06/2020    Q    FOLLOW-UP CALL TO PI DOWD.                        0.10       32.50
11/11/2020    Q    FOLLOW-UP CALL TO PI DOWD.                        0.10       32.50
11/12/2020    Q    CONFIRMING CHECK STATUS RE PI DOWD.                0.20       65.00
11/16/2020    Q    EC RE CLIENT QUESTIONS AND NOTES.                  0.10       32.50
11/17/2020    Q    ECS RE CLIENT DRAFT CONCERNS AND DOCUMENTATION.    0.20       65.00
11/18/2020    Q    ECS TO DBR RE PI INFORMATION.                     0.20       65.00
11/20/2020    Q    UPDATING FOIA COMPLAINT W/ CLIENT COMMENTS.        0.50      162.50
              Q    EC TO DBR RE DRAFT COMPLAINT.                     0.10       32.50
11/30/2020    DR   EMAIL W/ Q RE NEXT STEP AND WORK FLOW.             0.10       57.50
12/01/2020    DR   PHONE W/ CLIENT.                                  0.25      143.75
              Q    FINALIZING FOIA COMPLAINT.                        0.20       65.00
              Q    CALL W/ DBR RE FINALIZING COMPLAINT.               0.30       97.50
              Q    UPDATING COMPLAINT EXHIBITS.                      0.30       97.50
              Q    EC TO DBR RE FINALIZING FOIA COMPLAINT.            0.10       32.50
              DR   CALL W/ Q RE NOTES ON COMPLAINT.                   0.30      172.50
12/04/2020    DR   PHONE CALL W/ CLIENT.                             0.50      287.50
              DR   FINAL OF COMPLAINT.                               0.50      287.50
              Q    PREPARING DOCUMENTS FOR FILING.                   0.70      227.50
              Q    EC TO AR AND EL FOR FILING.                       0.10       32.50
              Q    EC W/ DBR RE REDACTIONS AND FINAL EDITS.           0.10       32.50
              ALR  EMAIL FROM DBR AND ADVISE ON REDACTION             0.20       35.00
              ALR  REVIEW COMPLAINT                                  0.10       17.50
              DR   Edits to complaint almost final                   0.50      287.50
              EEL  REDACT EXHIBITS                                   0.20       35.00
```

```
                                                                         Page:   4
    JOHN WILSON                                                  April 08, 2022
                                                            CLIENT  844100-00001
                                                        Statement No:         2
        FOIA PROJECT




                                                                  HOURS
12/07/2020 DR   EDITS TO COMPLAINT.                                0.50    287.50

           DR   EMAIL TO CLIENT RE FINAL EDITS.                    0.10     57.50

           ALR  REVIEW COMPLAINT - EMAIL TO DBR - BEGIN RESEARCH ON WHERE TO SERVE
                THE FBI                                            0.50     87.50

           DR   FINAL EDITS TO COMPLAINT REALLY.                   0.50    287.50

12/08/2020 ALR  RESEARCH WHERE TO SERVE FBI - FIND CORRECT SVC ADDY - DRAFT
                SUMMONS AND CIVIL COVER SHEET - FILE COMPLAINT ON ECF   2.00    350.00

12/09/2020 ALR  REVIEW AND SAVE JUDGE'S RULES - EDIT AND REFILE SUMMONS   0.30     52.50

12/10/2020 ALR  SAVE DKTS 5&6                                      0.10     17.50

12/11/2020 ALR  EMAIL WITH ATTYS RE STATUS OF FILING COMPLAINT.    0.10     17.50

           DR   PHONE CALL WITH CLIENT RE WHAT HAPPENS NOW/ NEXT STEPS.   0.25    143.75

12/22/2020 ALR  PREPARE DOCUMENTS FOR SERVICE AND COURTESY COPY    0.70    122.50

01/04/2021 DR   REVIEW OF CLIENT EMAIL RE PI.                      0.10     57.50

01/06/2021 DR   REVIEW OF CC ORDER EMAIL FROM ACC.                 0.10     57.50

01/26/2021 ALR  SAVE DKT 8                                         0.10     17.50

           DR   EMAIL TO Q RE CONFERENCE.                          0.20    115.00

01/27/2021 ALR  SAVE DKT 10                                        0.10     17.50

           DR   REVIEW OF EMAIL RE EXTENSION FORM AUSA.            0.10     57.50

01/28/2021 ALR  SAVE DKT 11                                        0.10     17.50

           DR   EMAIL INVESTIGATOR RE FBI.                         0.10     57.50

02/01/2021 Q    REVIEWING CLIENT PI NEEDS.                         0.30     97.50

           Q    CALL TO PI FIRM QRI.                               0.10     32.50

02/02/2021 Q    ECS W/ CLIENT RE STATUS OF CASE.                   0.20     65.00

02/22/2021 Q    EC TO DBR RE PI.                                   0.10     32.50

03/04/2021 DR   APPROVAL OF PC ORDER.                              0.10     57.50

03/15/2021 DR   PHONE W AUSA.                                      0.25    143.75

           DR   EMAIL TO Q RE PHONE W/ AUSA.                       0.10     57.50

03/16/2021 ALR  ATTEMPT TO PROCESS DKT 13 BUT PACER IS GLITCHING   0.10     17.50

03/17/2021 ALR  SAVE DKT 13                                        0.10     17.50

           Q    CALL W/ PI.                                        0.40    130.00

03/18/2021 ALR  SAVE DKT 40                                        0.10     17.50

03/23/2021 DR   EMAIL TO CLIENT RE STATUS.                         0.10     57.50
```

```
                                                                         Page: 5
    JOHN WILSON                                                   April 08, 2022
                                                            CLIENT  844100-00001
                                                          Statement No:        2
    FOIA PROJECT


                                                                    HOURS
03/30/2021 Q    PRE-CONFERENCE CALL W/ DBR AND OC.                   0.30      97.50

           DR   EMAIL TO AUSA RE CONFERENCE.                         0.20     115.00

           DR   PHONE W AUSA RE CONFERENCE AND WHAT WE ARE PROPOSING. 0.20    115.00

03/31/2021 ALR  SAVE DKT 16                                          0.10      17.50

           Q    ECS W/ PI RE CASE TIMELINE.                          0.20      65.00

           Q    REVIEWING RECORD IN PREP FOR CONFERENCE.              0.80     260.00

           Q    PRE-CONFERENCE CALL W/ OC.                           0.30      97.50

           Q    COURT CONFERENCE CALL.                               0.10      32.50

           Q    POST-CONFERENCE CALL W/ DR.                          0.10      32.50

           DR   REVIEW OF DOC.                                       0.25     143.75

           DR   PHONE W AUSA.                                        0.25     143.75

           DR   PHONE W COURT RE CONFERENCE.                         0.10      57.50

           DR   PHONE W Q RE NEXT STEPS.                             0.10      57.50

04/19/2021 ALR  SAVE AND PROCESS MINUTES ENTRY                       0.10      17.50

           DR   EMAIL TO Q RE NEXT STEPS AND RESPONSES TO MR. WILSON. 0.10     57.50

04/22/2021 Q    RESEARCHING PRE-DISCOVERY FOIA LITIGATION PATHS.     2.60     845.00

04/23/2021 Q    PREP FOR CALL W/ OPP COUNSEL.                        0.50     162.50

           Q    CALL W/ OPP COUNSEL RE JOINT LETTER.                 0.10      32.50

04/26/2021 Q    REVIEWING JOINT LETTER TO CT.                        0.20      65.00

           Q    ECS W/ DBR RE MOTION SCHEDULE.                       0.10      32.50

           Q    ECS W/ CLIENT AND DBR RE PI AND FILINGS.             0.10      32.50

           Q    ECS W/ PI RE UPDATE ON RESEARCH.                     0.10      32.50

           Q    REVIEWING FINAL PI WEBSTER MEMO.                     0.20      65.00

           Q    ECS W/ OPP COUNSEL RE MOTION SCHEDULE.               0.10      32.50

           ALR  SAVE DKT 17                                          0.10      17.50

           DR   EMAILS W Q.                                          0.10      57.50

07/06/2021 DR   PHONE W Q RE PREP FOR SJ MOTION.                     0.25     143.75

           Q    PHONE W/ DBR RE SJ.                                  0.25      81.25

07/14/2021 ALR  SAVE DKT 19

09/14/2021 DR   CALL W POTENTIAL EXPERT.                             1.00     575.00

09/15/2021 ALR  SAVE DKTS 21-24                                      0.10      17.50
```

Case 1:20-cv-10324-LAK-SDA   Document 62-1   Filed 07/13/22   Page 7 of 11

```
                                                                     Page: 6
    JOHN WILSON                                                April 08, 2022
                                                     CLIENT   844100-00001
                                                   Statement No:          2
    FOIA PROJECT
```

```
                                                                    HOURS
09/17/2021  DR    EMAIL TO Q RE EAGLE (EXPERT).                      0.10      57.50

            DR    EMAIL TO WILSON RE PLAN/UPDATE.                    0.10      57.50

09/21/2021  SMN   PREP WILSON MAILINGS PER Q.                        0.70     105.00

09/22/2021  SMN   FILE FEDEX PROOF OF DELIVERY.                      0.10      15.00

10/01/2021  Q     PREP FOR CALL W/ EXPERT AND CLIENT.                0.50     162.50

            Q     CALL W/ EXPERT AND CLIENT.                         1.00     325.00

            Q     EC TO DBR RE CALL W/ EXPERT AND CLIENT.            0.20      65.00

            DR    EM TO Q RE WILLSON DEC                             0.20     115.00

10/04/2021  DR    EM TO AUSA RE MORE TIME?                           0.10      57.50

10/05/2021  DR    EM TO AUSA RE THANKS AND WE'LL NEED TO THINK ABOUT THE MAGISTRATE    0.10      57.50

            DR    EDITS TO DEC                                       0.50     287.50

10/11/2021  Q     DRAFTING AND FILING LETTER RE EXTENSION FOR OPP TO SJ.    0.50     162.50

            DR    REVIEW OF ADJURNMENT LETTER AND OKAY TO Q          0.10      57.50

10/12/2021  ALR   SAVE DKT 25                                        0.10      17.50

            Q     ECS RE/ EXPERT.                                    0.20      65.00

            Q     PREP FOR AND CALL W/ CLIENT.                       1.50     487.50

            DR    PHONE W/ CLIENT                                    1.20     690.00

            DR    EM TO Q RE RETAINER AMOUNT FOR EXPERT.             0.10      57.50

            DR    EDITS INTO DEC AND EM TO WILSON                    0.20     115.00

10/14/2021  Q     MEETING W/ DBR RE CASE STRATEGY.                   0.25      81.25

            Q     CALL W/ EAGLE INVOICING DEPT.                      0.10      32.50

            SMN   MAIL CHECK PER Q; EMAIL Q MAILING INFO.            0.20      30.00

            DR    MEETING W/ Q RE NEXT STEPS                         0.25     143.75

10/20/2021  Q     ECS W/ DBR AND EAGLE RE EXPERT CALL.               0.10      32.50

            DR    EM RE UPDATE                                       0.10      57.50

10/21/2021  DR    EM RE GETTING A TIME TO TALK W/ CLIENT.            0.10      57.50

10/22/2021  DR    EM RE TIME TO TALK                                 0.10      57.50

            DR    TALKING TO EXPERT RE REPORT W/ CLIENT.             0.25     143.75

10/25/2021  Q     REVIEWING CLIENT AFFIDAVIT PROPOSED CHANGES.       0.40     130.00

10/26/2021  Q     RESEARCHING AND DRAFTING SJ RESPONSE.              4.10   1,332.50

            Q     EC W/ DR RE EXPERT REPORT.                         0.10      32.50
```

Case 1:20-cv-10324-LAK-SDA   Document 62-1   Filed 07/13/22   Page 8 of 11

```
                                                                            Page:     7
    JOHN WILSON                                                       April 08, 2022
                                                              CLIENT  844100-00001
                                                          Statement No:           2
        FOIA PROJECT
```

```
                                                                     HOURS
              Q    REVIEWING EXPERT REPORT.                           0.30      97.50
10/27/2021    Q    RESEARCHING AND DRAFTING SJ RESPONSE.              2.30     747.50
              Q    ECS W/ DBR RE EXPERT REPORT CHANGES.               0.20      65.00
              DR   EM RE CALL TIME?                                   0.10      57.50
10/28/2021    Q    ECS W/ EXPERT RE SCHEDULING CALL.                  0.20      65.00
10/29/2021    Q    ECS W/ CLIENT RE EXPERT STATUS.                    0.20      65.00
              Q    CALL W/ EXPERT.                                    0.30      97.50
              DR   EM RE GETTING ANOTHER REPORT                       0.20     115.00
11/02/2021    Q    RESEARCHING AND DRAFTING EDITS TO SJ MOTION.       4.40   1,430.00
              Q    RESEARCHING RESTRICTIONS ON COPYRIGHTED WORKS AS LEGAL EXHIBITS.   1.00     325.00
              Q    EC W/ DBR RE EXHIBITS.                             0.20      65.00
11/03/2021    Q    RESEARCHING AND DRAFTING SJ MOTION.                6.50   2,112.50
              Q    REVIEWING AND INCORPORATING NEW DRAFT OF EXPERT REPORT.   0.80     260.00
              Q    EC W/ DBR RE NEW DRAFT OF EXPERT REPORT.           0.10      32.50
              Q    ECS W/ EXPERT RE ELABORATION ON INFORMANT DATABASES.   0.10      32.50
              DR   REVIEW OF EXPERT REPORT.                           0.10      57.50
11/04/2021    Q    REVIEWING CLIENT INFO AND FILES ON EXHIBITS.       0.40     130.00
11/08/2021    DR   EM RE SCHEDULE AND DEC                             0.10      57.50
              DR   EM RE TIME TO CALL                                 0.10      57.50
11/09/2021    Q    CALL W/ JEFFREY LIGHT RE SEARCH CHALLENGE.         0.60     195.00
              Q    ECS W/ DBR RE SJ OPP.                              0.10      32.50
              Q    EC W/ CLIENT RE EXPERT REPORT.                     0.20      65.00
              DR   PHONE W/ CLIENT.                                   0.50     287.50
11/10/2021    Q    EC W/ DBR RE SJ OPP EDITS AND EXPERT REPORT.       0.20      65.00
              Q    REVIEWING CLIENT EC UPDATED DECL AND EXHIBITS.     1.00     325.00
              DR   EDITS TO MOL                                       0.50     287.50
11/11/2021    Q    RESEARCHING AND EDITING SJ MOTION.                 3.90   1,267.50
              Q    CALL W/ EXPERT RE REPORT.                          0.40     130.00
              Q    ECS W/ DBR AND CLIENT RE CLIENT DECL.              0.20      65.00
              DR   REVIEW OF DEC OF WILSON + EDIT.                    0.80     460.00
              DR   CALL W/ Q RE WILSON RE DEC.                        0.20     115.00
```

Case 1:20-cv-10324-LAK-SDA   Document 62-1   Filed 07/13/22   Page 9 of 11

Page: 8
JOHN WILSON                                                                              April 08, 2022
                                                                              CLIENT  844100-00001
                                                                         Statement No:            2
     FOIA PROJECT

|            |     |                                                              | HOURS |          |
|------------|-----|--------------------------------------------------------------|-------|----------|
| 11/12/2021 | Q   | EDITING AND CIRCULATING SJ MOTION.                           | 2.80  | 910.00   |
|            | Q   | REVIEWING AND CIRCULATING UPDATED EXPERT REPORT.             | 0.40  | 130.00   |
|            | DR  | EMS RE EXPERT REPORT TO Q                                    | 0.10  | 57.50    |
| 11/13/2021 | DR  | EM RE OKAY, PLEASE FINAL.                                    | 0.10  | 57.50    |
| 11/14/2021 | Q   | EDITING CLIENT DECL.                                         | 0.50  | 162.50   |
|            | Q   | EDITING MOL.                                                 | 1.10  | 357.50   |
|            | Q   | DRAFTING ATTY DECL.                                          | 0.70  | 227.50   |
|            | Q   | ECS W/ DBR RE STATUS OF SJ DOCS.                             | 0.20  | 65.00    |
|            | Q   | ECS W/ CLIENT AND DBR RE EXEMPTIONS.                         | 0.10  | 32.50    |
|            | DR  | EM OKAY, PLEASE FINAL.                                       | 0.10  | 57.50    |
| 11/15/2021 | Q   | COMPILING FINAL CLIENT DECLARATION AND EXHIBITS.             | 0.80  | 260.00   |
|            | Q   | CALL W/ EXPERT RE FINALIZING REPORT.                         | 0.20  | 65.00    |
|            | Q   | COMPILING FILING VERSION OF MOL AND ATTORNEY DECL. EXHIBITS. | 1.50  | 487.50   |
|            | Q   | DRAFTING AND EDITING NOTICE OF MOTION.                       | 0.70  | 227.50   |
|            | Q   | FINALIZING AND FILING ALL SJ DOCUMENTS TO COURT DKT.         | 3.30  | 1,072.50 |
|            | DR  | EMAIL TO AUSA RE CROSS MOTION ECT                            | 0.25  | 143.75   |
| 11/16/2021 | Q   | ECS W/ DBR AND OPP COUNSEL.                                  | 0.30  | 97.50    |
|            | Q   | RESEARCHING AND FILING DKT CORRECTION.                       | 0.90  | 292.50   |
|            | Q   | RESIZING AND SENDING ALL SJ OPP PAPERS TO CLIENT.            | 0.70  | 227.50   |
|            | ALR | EMAIL WITH QA RE ECF FILING                                  | 0.20  | 35.00    |
| 11/17/2021 | DR  | EM TO Q RE SEND THE MOTION                                   | 0.10  | 57.50    |
| 11/18/2021 | DR  | EMS W/ AUSA RE MOTION SCHEDULE                               | 0.20  | 115.00   |
| 11/19/2021 | Q   | ECS W/ CLIENT RE NEXT STEPS.                                 | 0.20  | 65.00    |
| 01/20/2022 | Q   | REVIEWING DEF REPLY TO SJ AND RECORD.                        | 1.00  | 325.00   |
| 01/21/2022 | Q   | EC W/ CLIENT AND DR RE DEF REPLY TO SJ.                      | 0.10  | 32.50    |
| 01/24/2022 | Q   | RESEARCHING AND DRAFTING SJ MOTION REPLY.                    | 1.70  | 552.50   |
|            | DR  | REVIEW OF DEF MOL AND EM TO Q RE COMMENTS ON SAME            | 0.25  | 143.75   |
| 01/25/2022 | Q   | RESEARCHING AND DRAFTING SJ MOTION REPLY.                    | 2.00  | 650.00   |
| 01/26/2022 | Q   | RESEARCHING AND DRAFTING SJ MOTION REPLY.                    | 2.00  | 650.00   |
| 01/27/2022 | Q   | RESEARCHING AND DRAFTING SJ MOTION REPLY.                    | 2.90  | 942.50   |
| 01/28/2022 | Q   | RESEARCHING AND DRAFTING SJ MOTION REPLY.                    | 5.00  | 1,625.00 |

```
                                                                     Page: 9
    JOHN WILSON                                               April 08, 2022
                                                         CLIENT  844100-00001
                                                         Statement No:     2
    FOIA PROJECT


                                                                    HOURS
            DR    FILE REVEW EDITS TO REPLY.                         0.25     143.75

01/31/2022  DR    EDITS TO REPLY                                     1.20     690.00

02/02/2022  DR    FINAL EDITS TO REPLY                               0.75     431.25

02/03/2022  ALR   SAVE DEF SJ PAPERS TO FILE                         0.20      35.00

            ALR   SAVE DKTS 38-40                                    0.30      52.50

            Q     EDITING AND FINALIZING SJ REPLY.                   3.00     975.00

            Q     RE-FILING SJ CROSS MOTION.                         0.30      97.50

            Q     FILING SJ REPLY.                                   0.20      65.00

            Q     ECS W/ DBR AND OPP COUNSEL RE FILING.              0.20      65.00

            DR    FILE REVIEW AND PREP FOR CONFERENCE                0.50     287.50

02/04/2022  ALR   SAVE DKTS 41-43                                    0.10      17.50

            Q     COMPRESSING AND SENDING ALL SJ DOCS TO CLIENT.     0.60     195.00

            Q     ECS W/ CLIENT AND DBR RE FILE SHARING.             0.20      65.00

02/07/2022  Q     ECS W/ DBR AND CLIENT RE TIMELINE.                 0.10      32.50

02/17/2022  ALR   PROCESS R&R ORDER                                  0.40      70.00

            ALR   SAVE DKTS 45 & 46                                  0.10      17.50

02/25/2022  ALR   SAVE DKT 47                                        0.10      17.50

03/04/2022  Q     ECS W/ CLIENT AND DBR RE EXTENSION.                0.20      65.00

03/08/2022  Q     REVIEWING NEW SEARCH LETTER.                       0.50     162.50

03/09/2022  Q     ECS W/ CLIENT AND DBR RE NEW SEARCH AND NEXT STEPS. 0.20     65.00

03/10/2022  Q     CREATING DOC DRIVE W/ CASE FILINGS AND ECS W/ DBR AND RS RE SAME.   0.80   260.00

03/17/2022  Q     EC W/ CLIENT RE NEXT STEPS.                        0.10      32.50
                  FOR TIME CHARGES THROUGH                         155.20  54,410.00

                              RECAPITULATION
            TIMEKEEPER                        HOURS  HOURLY RATE      TOTAL
            DAVID RANKIN                      20.60      $575.00  $11,845.00
            KATHERINE N. ADAMS               126.90       325.00   41,242.50
            ABIGAIL ROBINSON                   6.50       175.00    1,137.50
            SOPHIE NETTESHEIM                  1.00       150.00      150.00
            E LEADER                           0.20       175.00       35.00


                                 EXPENSES

            OVERNIGHT COURIER                                              115.09
            FILING FEES                                                    402.00
            DUN & BRADSTREET REPORT AND PRIVATE
            INVESTIGATOR FEE                                               750.00
            PROFESSIONAL SERVICE                                         3,838.75
```

```
                                                                     Page:  10
JOHN WILSON                                                   April 08, 2022
                                                       CLIENT   844100-00001
                                                     Statement No:         2
FOIA PROJECT


        POSTAGE                                                         38.46
        COMPUTER ASSISTED LAW RESEARCH                                  37.04
        TELEPHONE CONFERENCE SERVICE                                    89.09
        EXPERT WITNESS                                                4,200.00
        TOTAL DISBURSEMENTS THROUGH                                   9,470.43

        TOTAL CURRENT WORK                                           63,880.43


        BALANCE DUE                                                 $63,880.43


        PLEASE REMIT                                                $63,880.43
```