# EXHIBIT 2

**Eagle Security Group, Inc.** Invoice 
1380 CENTRAL PARK BLVD.SUITE 202
FREDERICKSBURG, VA  22401 US
540-548-4060
accounting@eaglesg.com
www.eaglesg.com

| BILL TO |
| --- |
| Attn: Katherine "Q" Adams |
| Beldock Levine & Hoffman LLP |
| 99 Park Avenue, PH/26th Fl. |
| New York, NY 10016 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 6851 | 10/05/2021 | $1,750.00 | 11/04/2021 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Retainer | **Expert Consultation Services**<br>**Case:** Wilson v. FBI<br>**Expert:** Jennifer Coffindafer<br><br>Additional 5-Hours, Advance Request | 5 | 350.00 | 1,750.00 |
| | | | | Subtotal: 1,750.00 |
| | | | BALANCE DUE | **$1,750.00** |

Payment Info
Check: Eagle Security Group, Inc., 1380 Central Park Blvd., Ste 202, Fredericksburg, VA 22401
ACH Transfer: Bank of America, N.A., ABA Routing#: 051000017, Account#: 004117993747
Wire Transfer: Bank of America, N.A., ABA Routing#: 026009593, Account#: 004117993747

**Eagle Security Group, Inc.**
1380 CENTRAL PARK BLVD.SUITE 202
FREDERICKSBURG, VA  22401 US
540-548-4060
accounting@eaglesg.com
www.eaglesg.com

# Invoice



| BILL TO |
|---|
| Attn: Katherine "Q" Adams<br>Beldock Levine & Hoffman LLP<br>99 Park Avenue, PH/26th Fl.<br>New York, NY 10016 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 6889 | 11/09/2021 | $2,450.00 | 12/09/2021 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Retainer | Expert Consultation Services<br>Case: Wilson v. FBI<br>Expert: Jennifer Coffindafer<br><br>Additional 7-Hours, Advance Request | 7 | 350.00 | 2,450.00 |
| | | | | Subtotal: 2,450.00 |

BALANCE DUE   $2,450.00

Payment Info
Check: Eagle Security Group, Inc., 1380 Central Park Blvd., Ste 202, Fredericksburg, VA 22401
ACH Transfer: Bank of America, N.A., ABA Routing#: 051000017, Account#: 004117993747
Wire Transfer: Bank of America, N.A., ABA Routing#: 026009593, Account#: 004117993747