USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2022

# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
**8441.01**

WRITER'S DIRECT DIAL:
**qadams@blhny.com**

July 15, 2022

**APPLICATION GRANTED**
Hon. Stewart D. Aaron, U.S.M.J.
Dated: July 15, 2022

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *John Wilson v. Federal Bureau of Investigation*
    20-cv-10324(LAK)(SDA)

Dear Honorable Judge Aaron:

I represent the Plaintiff, John Wilson, in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I respectfully submit this letter motion for an order allowing the filing of the Plaintiff's Notice of Motion for Attorney's Fees, Dkt. No. 59, *nunc pro tunc*. The Notice of Motion was inadvertently omitted from Plaintiff's motion papers as filed on July 1, 2022. Upon notice from the Court to re-file, Plaintiffs corrected the error and re-filed the motion papers, including the Notice of Motion, on July 13, 2022.

Counsel for the Defendant Federal Bureau of Investigation consents to this request. The error in filing was not prejudicial, as both parties were aware of Plaintiff's intention to file the Motion for Attorneys' Fees on July 1, 2022, and Plaintiff timely filed the Memorandum of Law and Attorneys' Declarations in Support of the Motion on July 1, 2022.

I thank the Court for its consideration of this request.

BELDOCK LEVINE & HOFFMAN LLP

July 15, 2022
Page 2

                                               Respectfully submitted,

                                               Katherine "Q" Adams

                                               Beldock Levine & Hoffman LLP
                                               99 Park Avenue, PH/26th Floor
                                               New York, New York 10016
                                               (212) 490-0400
                                               qadams@blhny.com

                                               *Attorneys for the Plaintiffs*