```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1250235-1

Total Deleted Page(s) = 11
Page 10 ~ b6; b7C;
Page 12 ~ b6; b7C;
Page 13 ~ b6; b7C;
Page 14 ~ b6; b7C;
Page 15 ~ b6; b7C;
Page 17 ~ Duplicate;
Page 18 ~ Duplicate;
Page 19 ~ Duplicate;
Page 20 ~ Duplicate;
Page 21 ~ Duplicate;
Page 22 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

February 10, 2006

Mr. Barry A. Fisher
Fleishman and Fisher
1875 Century Park East
Suite 2130
Los Angeles, California 90067

Attention: Mr. John ███ Wilson

Dear Mr. Wilson:

    We are in receipt of your letter dated January 17, 2005, to the U.S. Department of Justice (DOJ), Office of Inspector General. DOJ forwarded this correspondence to the Initial processing Unit (IPU), Internal Investigations Section, Inspection Division, Federal Bureau of Investigation (FBI), for our review. The IIS is the FBI entity that provides thorough, high quality, fair, consistent, and timely review and investigation into complaints of criminality and/or serious misconduct against FBI employees.

    In the above-referenced letter, you allege that an unidentified Undercover FBI Special Agent (SA) apparently disclosed confidential information to you originating from the U.S. State Department regarding a fatal Grasberg mining accident in Indonesia. You advised that you published an article about the accident at the Freeport McMoran owned Grasberg mine in 1996 and, since its publication, you allege having been contacted by numerous individuals who identified themselves to you as FBI agents, specifically SA ███ New York; SA ███ Arizona, and SA ███ Washington, D.C. A review of our records revealed that the above-named individuals are not employed by the FBI.

b6
b7C

    Inasmuch as the information provided contains no credible allegations of misconduct by any FBI personnel, IPU has determined that your complaint does not warrant the initiation of an investigation. We consider this matter closed.

Sincerely,

███

Unit Chief
Initial Processing Unit
Inspection Division

b6
b7C

1 - ███ (Personal Attention)
1 - IPU
1 - ███



263-C-58634

[____] (INSD) (FBI)　　　　　　　　　　　　　　　　　　　　　　　　　b6
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b7C

**From:** [____] (OPR) (FBI)
**Sent:** Wednesday, February 08, 2006 4:39 PM
**To:** [____] (INSD) (FBI)
**Cc:** [____] (INSD) (FBI)
**Subject:** RE: Hey it's the new guy

**UNCLASSIFIED**
**NON-RECORD**

[____] - First I saw of this was when [____] brought it to me with you--- I think I forwarded [____] another one. Anyway, it appears that the Complainant (Wilson) never got a copy of any letter from IPU advising him that he failed to identify any FBI employees who have engaged in misconduct. I will ask [____] to draft a letter to send to OCA to send to Mr. Wilson (Complainant).

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b6
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b7C

[____] - I put the paperwork I had in your in-box with refernce to Complaint# 1245. We will address this tomorrow morning [____]

-----Original Message-----
**From:** [____] (INSD) (FBI)
**Sent:** Wednesday, February 08, 2006 1:35 PM
**To:** [____] (INSD) (FBI)
**Cc:** [____] (OPR) (FBI)
**Subject:** RE: Hey it's the new guy

**UNCLASSIFIED**
**NON-RECORD**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b6
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b7C

[____] did you say you put this complaint on [____] desk?

-----Original Message-----
**From:** [____] (INSD) (FBI)
**Sent:** Wednesday, February 08, 2006 12:35 PM
**To:** [____] (INSD) (FBI)
**Subject:** Hey it's the new guy

**UNCLASSIFIED**
**NON-RECORD**

Do you have the hardcopy paperwork for complaint # 1245 [____] eceived a call from Congressional Affairs (CA) on this matter. When you are available, may I come over and close the loop on this. I spoke to the CA a few minutes ago and they advised what information they are seeking, I am sure you already know what they want.

Thanks,
[____]
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b6
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b7C

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

1

**U.S. Department of Justice**

Office of the Inspector General

Washington, D.C. 20530

b6
b7C

#1245

DATE: July 27, 2005

TO: Charlene B. Thornton
Assistant Director
Inspection Division
Federal Bureau of Investigation

FROM: *Glenn G. Powell*
Glenn G. Powell
Special Agent in Charge
Investigations Division

SUBJECT: OIG Complaint No. 2005005905
Subject: [redacted] et al.
New York Division
FBI No. OIG Initiated

☒ We consider this a management matter. The information is being provided to you for whatever action you deem appropriate in accordance with your agency's policy and regulations. A copy of your findings and/or final action is not required by the OIG.

☐ This matter is referred to your agency for investigation. Please provide the OIG with a copy of your final report on this matter.

☐ This complaint will be investigated by the OIG.

**IMPORTANT NOTICE**

Identifying information may have been redacted from the attached OIG Report/Referral pursuant to § 7 of the IG Act or because an individual has (a) requested confidentiality or (b) expressed a fear of reprisal. If you believe that it is necessary that redacted information be made available to your Agency, you may contact the Assistant Inspector General for Investigations.

Please be advised that, where adverse action is not contemplated, the subject of an investigation does not have a right to have access to an OIG Report/Referral or to the identities of complainants or witnesses, and that, in all cases, complainants and witnesses are entitled to protection from reprisal pursuant to the Inspector General Protection Act.

① A [redacted]
Attachment
② [redacted]

b6
b7C

*Handwritten annotations:*
- "not the [?]"
- "received 6/30/05"
- "Lee send letter to complainant"
- "10/4/05 → no action + no FBI employees named"
- "Let OCA"
- "71 records need action"
- "152 records"
- "No Action - None of the individuals named are FBI employees, unsubstantiated 10-4-05"
- "263-0-7636"

```
OIG - INVESTIGATIONS DIVISION - IDMS                OIG NO.: LA-412-2005-005905-M

Received By [REDACTED]          Date Received: 05/01/2005   How Received: M
                                                                                    b6
SUBJECT OF A COMPLAINT: [REDACTED]                  SSNO:                           b7C
Title:     SA              Pay Plan:                D.O.B.:
Component: FBI             EOD Date:                Alien No.:
Misc:      7/26/05 - FBI advised no record exist.   F.B.I.No.:
Home:                                               B.O.P.No.:
Phone:                     ZIP:                     D/L No.:
Work:
Phone:                     ZIP:
─────────────────────────────────────────────────────────────────────────────
SUBJECT OF A COMPLAINT: [REDACTED]                  SSNO:
Title:     SA              Pay Plan:                D.O.B.:
Component: FBI             EOD Date:                Alien No.:
Misc:                                               B.I.No.:
Home:                                               O.P.No.:
Phone:                     ZIP:                     D/L No.:
Work:
Phone:                     ZIP:
─────────────────────────────────────────────────────────────────────────────
SUBJECT OF A COMPLAINT: [REDACTED]                  SSNO:
Title:     SA              Pay Plan:                D.O.B.:
Component: FBI             EOD Date:                Alien No.:
Misc:      7/26/05 - FBI advised no record exist.   F.B.I.No.:
Home:                                               B.O.P.No.:
Phone:                     ZIP:                     D/L No.:
Work:
Phone:                     ZIP:
─────────────────────────────────────────────────────────────────────────────
COMPLAINANT:               Wilson, John [REDACTED]  SSNO:
Title:     CIVIL           Pay Plan:                D.O.B.:
Component: CITZN           EOD Date:                Alien No.:
Misc:                                               F.B.I.No.:
Home:                                               B.O.P.No.:
Phone:                     ZIP:                     D/L No.:
Work:
Phone:                     ZIP:
Confidential:              Revealed:                Authority: none
─────────────────────────────────────────────────────────────────────────────
ALLEGATIONS: 412 Job Performance Failure
Occurrence Date:                    TIME:
CITY:                      State:                   Zip:
```

Details:

The following information was provided by Complainant regarding allegations of misconduct by FBI SAs. In 1996, an UC FBI SA leaked information to the Complainant regarding a "confidential" reprimand by the U.S. State Department regarding the Freeport-McMoran's Grasberg mine in Indonesia. According to the Complainant, the UC FBI SA gave him details of the State Department's findings regarding an incident in which seven people associated with the Grasberg mine were killed. In 1996, the Complainant published information regarding the killings. (It should be noted that the Complainant does not provide any specifics regarding his publication.) The Complainant, a senior equity analyst, believes the FBI is responsible for his inability to obtain a job in the financial services industry. The Complainant stated that he was interviewed "extensively" by the Subjects following his 1996 publication. According to the Complainant, he was unable to obtain any information as a result of an October 2004, FOIA request to the FBI.

Page 1 of 2                                        Printed 07/27/2005    12:16:17

```
OIG - INVESTIGATIONS DIVISION   -   IDMS                OIG NO.: LA-412-2005-005905-M
```

| | | |
|---|---|---|
| DISPOSITION DATA: Date: 07/26/2005 | Disposition: M | Approval: POWELL, GLENN G |
| Referred to Agency: | | Component: CITZN |
| Civil Rights: N | | Sensitive: N |
| Component Number: | Consolidated Case Number: | |

Remarks:

7/27/05 - Acknol letter sent to the Complainant advising him that the matter was forwarded to the FBI, Inspection Division. (yht)

7/27/05 - Management referral to AD Thornton, FBI Inspection Division. (yht)

John ███ Wilson
c/o Barry A. Fisher
Fleishman & Fisher
1875 Century Park East Suite 2130
Los Angeles, CA 90067

Email: ███

16 April, 2005

US Department of Justice
Office of the Inspector General
950 Pennsylvania Avenue, N.W., Suite 4706
Washington, DC 20530-0001

Dear Sir:

I write as a follow up to the letter I sent to your office on 17 January, 2005 (copy enclosed). Could you please indicate your expected timing for a response to that letter.

Thank you.

Sincerely yours,

*[signature]*

John Wilson

Encl. Copy of letter sent to your office, dated 17 January, 2005

John ███ Wilson  
c/o Barry A. Fisher  
Fleishman & Fisher  
1875 Century Park East Suite 2130  
Los Angeles, CA 90067  
Tel: 310-5571077  
Email: ███

17 January, 2005

US Department of Justice  
Office of the Inspector General  
950 Pennsylvania Avenue, N.W., Suite 4706  
Washington, DC 20530-0001

Dear Sir:

I write because of the oversight responsibilities of your office. I was a mining company equity analyst on Wall Street from 1994 to 1998. I am a citizen of the U.S.A., was born in Australia, and have long lived in the United States, principally in New York and Philadelphia, where I received my MBA degree from Wharton. I am currently visiting family for an extended stay in Australia.

In 1996, in the course of performing my duties, information was leaked to me by a then undisclosed FBI agent who worked undercover as an environmentalist. This person gave me details of a State Department finding into an incident in which 7 people were recently killed in and around the publicly traded Freeport McMoran owned Grasberg mine in Indonesia. The information I received related to a confidential reprimand of the company by the U.S. Department of State for human rights and environmental abuses.

Since then, as set out below, I have been subjected to what appears to be a systematic retaliation campaign by persons associated with the FBI involving invasive and injurious tactics. Among other things, I have faced blacklisting in my industry. I have been unable to gain any employment in the financial services industry despite a recent boom in the mining sector and despite having worked on Wall Street for 6 years, mostly as a senior equity analyst.

For the many years following my 1996 publication regarding the Freeport McMoran killings, I have had many contacts with people who at some point revealed themselves as FBI agents on assignment connected to me, and who let me know that I angered important people by the publication. Some of these individuals engendered friendship with me under the auspices of other professional identities and each has interviewed me, two of them extensively. These include Steven Garber, now of White Plains, New York, formerly of New York City, Susan Holmes, now of Washington, D.C., formerly of New York City, and Livingston Sutro, of Sierra Vista, Arizona.

1 of 2

Aside from these agents, more than a dozen other people have identified themselves to me as having a high level of familiarity with these circumstances and appear to be FBI agents or associated with agents.

Given the fact that the source of the leaked information was itself an FBI agent and given the powerful business interests of Freeport, I am concerned that I am the subject of what appears to be either a case of FBI corruption or incompetence. The agent that passed to me the information about Freeport was a long term friend who targeted environmental extremists, and I am concerned I may have been maliciously profiled to justify the intense scrutiny I have faced.

An FOIA request to the FBI in October, 2004 yielded no information whatsoever.

I look forward to hearing from you. The most convenient means by which to correspond with me are through my attorney (details indicated above), alternatively via email.

Sincerely yours,


John Wilson



2 of 2

```
End of Data
02/10/06                    List Summary Response                        UNI050MK
13:19:29
Type X, x, or / to view Full Response, then press Enter.


    Name: WILSON, JOHN, [REDACTED]
    M/R : M  Case ID: HQ 263-0                            Serial: 8636
    Race: U  Sex: M  DOB/Event:            ID Info:
    Misc: NO ACTION                        Entry Date: 10/13/2005 Class Level: SN




Command . . > ............................................................. +
F1=Help,F3=Exit,F4=Prompt,F12=Cancel
4AÛ                                                                        06,002
```



U.S. Department of Justice

Office of the Inspector General

#1245

Washington, D.C. 20530

DATE: July 27, 2005

TO: Charlene B. Thornton
Assistant Director
Inspection Division
Federal Bureau of Investigation

FROM: *Glenn G. Powell*
Glenn G. Powell
Special Agent in Charge
Investigations Division

SUBJECT: OIG Complaint No. 2005005905
Subject ▮
New York Division
FBI No. OIG Initiated

b6
b7C

☒ We consider this a management matter. The information is being provided to you for whatever action you deem appropriate in accordance with your agency's policy and regulations. A copy of your findings and/or final action is not required by the OIG.

☐ This matter is referred to your agency for investigation. Please provide the OIG with a copy of your final report on this matter.

☐ This complaint will be investigated by the OIG.

### IMPORTANT NOTICE

Identifying information may have been redacted from the attached OIG Report/Referral pursuant to § 7 of the IG Act or because an individual has (a) requested confidentiality or (b) expressed a fear of reprisal. If you believe that it is necessary that redacted information be made available to your Agency, you may contact the Assistant Inspector General for Investigations.

Please be advised that, where adverse action is not contemplated, the subject of an investigation does not have a right to have access to an OIG Report/Referral or to the identities of complainants or witnesses, and that, in all cases, complainants and witnesses are entitled to protection from reprisal pursuant to the Inspector General Act and the Whistleblower Protection Act.

① A- ▮ Attachment
② ▮

*No Action*
*- none of the individuals named are FBI employees*
*Unsubstantiated*
*10-4-05/β*

263-0-8636

b6
b7C