```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-28-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JOHN WILSON,

                Plaintiff,

-against-                               20-cv-10324 (LAK)

FEDERAL BUREAU OF INVESTIGATION,

                Defendant.
------------------------------------------x

### ORDER DENYING PLAINTIFF'S
### MOTION FOR ATTORNEYS' FEES

LEWIS A. KAPLAN, *District Judge.*

        In a report and recommendation dated October 14, 2022 (the "R&R"), Magistrate Judge Stewart Aaron recommended denial of plaintiff's motion for attorneys' fees and other relief in this FOIA action against the FBI on the ground that plaintiff is not "entitled" to any such relief and, alternatively, in the event he were, that the amount awarded should be $7,345 in fees and $681.68 in costs. Plaintiff objects to the R&R.

        I have considered plaintiff's objections with care. Regardless of whether the R&R is reviewed *de novo* or for the presence of clear error or inconsistency with the law – and I have done both – plaintiff's objections are without merit. The *Pietrangelo* factors were properly analyzed by the Magistrate Judge, who reached the only reasonable conclusion given the record in this case.

        Plaintiff's motion [Dkt 59] is denied in all respects. The Clerk shall terminate any outstanding motions, enter judgment, and close the case.

        SO ORDERED.

Dated:     November 26, 2022

                                                _____
                                                     Lewis A. Kaplan
                                                 United States District Judge