**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN WILSON,

                        Plaintiff,

           -against-                                 20 **CIVIL** 10324 (LAK)

                                               <u>**JUDGMENT**</u>

FEDERAL BUREAU OF INVESTIGATION,

                        Defendant.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 28, 2022, the Court has considered plaintiff's objections with care. Regardless of whether the R&R is reviewed de nova or for the presence of clear error or inconsistency with the law - and the Court has done both-plaintiff's objections are without merit. The Pietrangelo factors were properly analyzed by the Magistrate Judge, who reached the only reasonable conclusion given the record in this case. Plaintiff's motion is denied in all respects; accordingly, the case is closed.

**Dated:**  New York, New York

        November 28, 2022

                                    **RUBY J. KRAJICK**

                               _____
                                    **Clerk of Court**

**BY:**         K. mango

                                    _____
                                    **Deputy Clerk**