**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN WILSON,<br><br>                                      Plaintiff,<br><br>-v-<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>                                      Defendant. | 20 CIV. 10324 (LAK) (SDA)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that John Wilson, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order denying Plaintiff's motion for attorneys' fees and other relief in a FOIA action against the FBI, entered in this action on the 28th day of November, 2022.

Dated: January 27, 2023
       New York, New York

 /s/ David B. Rankin

David B. Rankin, Esq.
*Counsel for Plaintiff*

Bedlock, Levine & Hoffman, LLP
99 Park Avenue, PH/26th Floor
New York, NY 10016
Tel.: 212-277-5825
Email: drankin@blhny.com